**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 7 |
| | ) | |
| NELLIE MAE WILLIAMS, | ) | Case No. 13-31987 |
| | ) | |
| Debtor. | ) | |

### TRUSTEE'S FIRST AMENDED MOTION TO COMPEL TURNOVER

COMES NOW Robert E. Eggmann, Trustee in Bankruptcy for Nellie Mae Williams, through his counsel, and for his First Amended Motion to Compel Turnover respectfully states as follows:

1. Debtor Nellie Mae Williams ("Debtor") filed her Chapter 7 Petition in Bankruptcy on October 21, 2013 (the "Petition Date"). Robert E. Eggmann ("Trustee") is the duly appointed, qualified Chapter 7 Trustee of Debtor's bankruptcy estate.

2. At her First Meeting of Creditors, Debtor disclosed that she received an insurance check post-petition in the amount of $5,500.00 (the "Insurance Proceeds"), in connection with damages to the 2008 Chevy Aveo listed in her Schedule B. The non-exempt portion of the Insurance Proceeds, in the amount of $2,025.00, is property of the bankruptcy estate.

3. The Trustee has demanded that Debtor turn over the non-exempt portion of the Insurance Proceeds, however Debtor has failed and refused to pay the same, such that the sum of $2,025.00 is currently due and owing from the Debtor to the Trustee as and for the non-exempt interest in the Insurance Proceeds.

4. In addition, the Debtor is entitled to receive a federal income tax refund of $5,711.00 and no state tax refund. After subtracting the Earned Income Credit and Additional Tax Credit the total federal income refund due to the Debtor is $1,588.00. The Debtor filed her bankruptcy case on October 21, 2013 which was 81% into the tax year 2013. Thus the estate's

portion of the tax refund is $1,286.28. The Debtor has claimed exemptions totaling $701.82 thus leaving the sum of $584.46 subject to turnover.

5. The Trustee seeks an order compelling Debtor to turn over to the Trustee the sum of $2,025.00, representing the balance due to the Trustee for the value of the Debtor's non-exempt interest in the Insurance Proceeds, and the sum of $584.46, representing the balance owed on the estate's portion of the Debtor's 2013 federal income tax refund, for a total sum due from the Debtor in the amount of $2,609.46.

WHEREFORE, the Trustee respectfully prays this Court enter its order compelling Debtor Nellie Mae Williams to immediately turn over to the Trustee the sum of $2,609.46, representing the non-exempt portion of her interest in the Insurance Proceeds for damages to the 2008 Chevy Aveo, together with the non-exempt portion of her federal income tax refund for the tax year 2013, and for any such further relief as this Court deems just and proper.

/s/ Robert E. Eggmann
_____
ROBERT E. EGGMANN, Trustee
P.O. Box 869
1606 Eastport Plaza Drive, Suite 110
Collinsville, IL  62234
618.222.1900 (Telephone)
618.222.1919 (Fax)
REETrustee@demlawllc.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served via ECF electronic noticing or by first class U.S. Mail, postage prepaid, on this 29th day of January, 2014, upon **Rachel Hill, Esq.,** 5312 West Main Street, Belleville, IL 62226, and the **Office of the U.S. Trustee**, Becker Building, Room 1100, 401 Main Street, Peoria, IL  61602.

/s/ Robert E. Eggmann
_____